IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| CLAUDIA MANLEY, and NOEL MANLEY, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) No. 15-cv-07499 ) |
| DR. BRUCE LAW, and HINSDALE TOWNSHIP HIGH SCHOOL DISTRICT 86, | ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF REMOVAL

NOW COME Defendants, DR. BRUCE LAW ("Dr. Law" or "Superintendent") and the BOARD OF EDUCATION OF HINSDALE TOWNSHIP HIGH SCHOOL DISTRICT 86 ("Board") (collectively, "Defendants"), through their attorneys, Robert E. Swain and Babak Bakhtiari of Hodges, Loizzi, Eisenhammer, Rodick & Kohn LLP, and hereby file this Notice of Removal of this action filed in the Circuit Court of DuPage County, Illinois. Pursuant to 28 U.S.C. § 1446(a), Defendants state the following in support of Removal:

1. On April 30, 2015, Plaintiffs initiated this civil action by filing a Verified Complaint for Declaratory Judgment, Appropriate Related Injunctive Relief, and Other Relief as Appropriate ("Complaint") (Ex. A.2) and a Motion for a Temporary Restraining Order ("TRO") (Ex. A.5) in the Circuit Court of DuPage County. Defendants were served with the Summons and Complaint on May 5, 2015. (Ex. A.1). Copies of all process, pleadings, and orders served upon Defendants are attached as Group Exhibit A.[1]

2. The two-count Complaint sought an injunction to prevent the Board from proceeding with an investigation into grievances that were submitted to the Superintendent

---

[1] For ease of reference, an Index to Group Exhibit A is attached.

regarding the Plaintiffs' alleged misconduct, and a declaratory judgment to declare the appropriate legal standards to be applied in resolving the underlying grievances. (Ex. A.2, pgs. 002-012). The Complaint did not allege any federal claims.

3. The Circuit Court denied Plaintiffs' TRO on May 4, 2015. (Ex. A.12).

4. Subsequently, on July 27, 2015, Plaintiffs filed a Verified Amended Complaint for Declaratory Judgment and Other Relief as Appropriate ("Amended Complaint"). (Ex. A.23). The Amended Complaint was served upon the Defendants that same day. (Ex. A.23, pg. 181). The Amended Complaint retained claims for injunctive and declaratory relief, but also prayed for money damages pursuant to 42 U.S.C. § 1983. (Ex. A.23, pg. 202).

5. Insofar as the Amended Complaint now prays for relief pursuant to 42 U.S.C. § 1983, this action falls within the original jurisdiction of the federal courts pursuant to 28 U.S.C. §§ 1331 and 1367(a), and may be removed pursuant to 28 U.S.C. §§ 1441(a) and 1446(b)(3).

WHEREFORE, this action is removable to this Court under 28 U.S.C. §§ 1441(a) and 1446(b)(3), and Defendants remove this action to this Court.

    Respectfully submitted,

    DR. BRUCE LAW and BOARD OF EDUCATION OF HINSDALE TOWNSHIP HIGH SCHOOL DISTRICT NO. 86,

    By:   /s/ Robert E. Swain
         One of the Attorneys for Defendants

Robert E. Swain (#6256749)
Babak Bakhtiari (#6291376)
HODGES, LOIZZI, EISENHAMMER,
   RODICK & KOHN LLP
3030 Salt Creek Lane, Suite 202
Arlington Heights, IL 60005
(847) 670-9000
(847) 670-7334 (Facsimile)

## **CERTIFICATE OF SERVICE**

Robert E. Swain, an attorney, hereby certifies that a true and correct copy of the foregoing **Notice of Removal** was sent on August 26, 2015 by first class mail, postage prepaid, deposited at or before the hour of 5:00 p.m., addressed to the following:

>Bruce Davidson
>Attorney at Law
>733 N. Oak Street
>Hinsdale, IL  60521

By:    /s/ Robert E. Swain
      One of the Attorneys for Defendants

Robert E. Swain
Babak Bakhtiari
HODGES, LOIZZI, EISENHAMMER,
   RODICK & KOHN LLP
3030 Salt Creek Lane, Suite 202
Arlington Heights, IL 60005
(847) 670-9000
(847) 670-7334 (Facsimile)

312634_1